# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY LTD., ET AL., : :<br>Plaintiffs, : : | |
| v. : : | Civ. No. 18-3305 |
| TEVA PHARMACEUTICAL INDUSTRIES LTD., ET AL., : :<br>Defendants. : | |

## ORDER

**AND NOW**, this 16th day of October, 2018, upon consideration of the Parties' Stipulation and Proposed Order (Doc. No. 33), it is hereby **ORDERED** that the Stipulation and Proposed Order (Doc. No. 33) is **NOT ADOPTED**. See Fed. R. Civ. P. 12.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.