## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE | : | |
| COMPANY LTD., ET AL., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 18-3305 |
| | : | |
| TEVA PHARMACEUTICAL | : | |
| INDUSTRIES LTD., ET AL., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of October, 2018, it is hereby **ORDERED** that my Order (Doc. No. 34) is **VACATED**.

**IT IS FURTHER ORDERED** that:

1. The Parties' Stipulation and Proposed Order (Doc. No. 33) is **ADOPTED in part**;

2. Plaintiffs' Response to Defendant's Motion to Transfer (Doc. No. 30) is due **no later than October 26, 2018**;

3. Defendants' optional Reply is due **no later than** November 9, 2018;

4. Defendants have no obligation to answer or otherwise respond to the Complaint, or any other complaint filed in this action, until twenty-one (21) days after the Court has decided Defendants' Motion to Transfer (Doc. No. 30);

5. This Order is entered without prejudice to any party seeking any interim relief; and

6. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objection, or any other application to any court that a party may have with respect to the claims set forth in the Complaint.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____

Paul S. Diamond, J.